**Electronically Filed
Supreme Court
SCWC-23-0000006
21-JAN-2025
09:48 AM
Dkt. 9 OGAC**

SCWC-23-0000006

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

JOSHUA MASUDA-MERCADO,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000006; CASE NO. 3CPC-20-0000731)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellee State of Hawai'i's Application for Writ of Certiorari, filed on December 8, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, January 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd. W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

